# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 12, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 01-00492HG |
| CASE NAME: | U.S.A. vs. (17) MICHAEL MEGGET |
| ATTYS FOR PLA: | Loretta A. Sheehan for Chris A. Thomas |
| ATTYS FOR DEFT: | Myles S. Breiner |
| U.S.P.O.: | Lisa K.T. Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | May 12, 2006 | TIME: | 3:30 - 3:50 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation No. 7.  The defendant previously admitted to Violation Nos. 1 thru 6.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution waived by the defendant.

The probation is revoked.

ADJUDGED: Impr of 4 mos.

No supervised release imposed.

Advised of rights to appeal the sentence, etc.

Submitted by: David H. Hisashima, Courtroom Manager