# United States District Court
## District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**MICHAEL MEGGET**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: <u>1:01CR00492-17</u>
USM Number: 88445-022
<u>Myles S. Breiner, Esq.</u>
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>Standard Condition No. 7, Standard Condition No. 3, Special Condition</u> of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 2944

Defendant's Residence Address:
**Kurtistown**, Hawaii 96760

Defendant's Mailing Address:
**Kurtistown**, Hawaii 96760

May 12, 2006
Date of Imposition of Sentence

/s/ Judicial Officer
Signature of Judicial Officer

HELEN GILLMOR, Chief United States District Judge
Name & Title of Judicial Officer

5·22·06
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

| CASE NUMBER: | 1:01CR00492-17 | Judgment - Page 2 of 3 |
| DEFENDANT: | MICHAEL MEGGET | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | That on 8/31/2005, the offender possessed a controlled substance, to wit marijuana | |
| 2 | That a urine specimen submitted on 9/7/2005 tested positive for heroin | |
| 3 | That on 9/13/2005, the offender admitted that he used heroin on or about 9/1/2005 through 9/5/2005 | |
| 4 | That the offender failed to follow the instructions of the Probation Officer issued on 9/13/2005 | |
| 5 | That on 9/14/2005 and 9/19/2005, the offender refused to comply with drug testing | |
| 6 | That on 9/16/2005, the offender failed to participate in individual counseling at the Drug Addiction Services of Hawaii, Inc. | |
| 7 | That on 4/14/2006, the offender was terminated from the Salvation Army Adult Rehabilitation Center | |

Case 1:01-cr-00492-HG  Document 879  Filed 05/23/2006  Page 2 of 3

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER: 1:01CR00492-17
DEFENDANT: MICHAEL MEGGET

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:        1:01CR00492-17
DEFENDANT:          MICHAEL MEGGET

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 4 MONTHS .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal